## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BRANDON T. SHEETS,
ADC #652781                                                                                          PLAINTIFF

v.                                    4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Advanced Medical is DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 27th day of June, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE