IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON T. SHEETS,                                                                                    PLAINTIFF
ADC #652781

v.                                        4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                                                    DEFENDANTS

### ORDER

The Motion of Defendant Sanchez to dismiss Plaintiff's Complaint for lack of prosecution (Doc. No.36) is DENIED.  Plaintiff filed notice of a change of address on August 11, 2011 (Doc. No. 24), indicating his transfer from the White County Detention Center to the Arkansas Department of Correction.[1]

IT IS SO ORDERED this 14th day of March, 2012.

                                                                                   _____
                                                                                   JAMES M. MOODY
                                                                                   UNITED STATES DISTRICT JUDGE

---

[1] According to the Arkansas Department of Correction website, Plaintiff is currently incarcerated at the Wrightsville Unit, P.O. Box 1000, Wrightsville, AR 72183-1000.