**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRANDON T. SHEETS,                                                                                    PLAINTIFF
ADC #652781

v.                                              4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                                                      DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion for Default Judgment against Defendants Clayton Edwards and Jeff Hacker (Doc. No. 42). In support, Plaintiff states that Defendants failed to comply with the discovery deadline of February 28, 2012.

In Response, Defendants state they filed their Answer on June 28, 2011 (Doc. No. 19), and are unaware of any outstanding discovery requests from the Plaintiff. In addition, they note that the Court extended the discovery deadline to April 15, 2012 (Doc. No. 34).

In light of Defendants' Response, the Court finds no basis for granting Plaintiff's Motion for Default. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Default Judgment (Doc. No. 42) is DENIED.

IT IS SO ORDERED this 26th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE