IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON T. SHEETS,
ADC #652781                                                            PLAINTIFF

v.                           4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                    DEFENDANTS

**ORDER**

Plaintiff shall file a response to Defendants' Motions for Summary Judgment (Doc. Nos. 48, 58) within fifteen days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 6th day of June, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE