# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BRANDON T. SHEETS,
ADC #652781                                                                                           PLAINTIFF

v.                                      4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                                                  DEFENDANTS

## ORDER

Plaintiff shall file a response to Defendants' Motions for Summary Judgment (Doc. Nos. 48, 58) within fifteen days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 6th day of June, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE