IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON T. SHEETS,
ADC #652781                                                                                            PLAINTIFF

v.                            4:11-cv-00357-JMM-JTK

CLAYTON EDWARDS, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motions for Summary Judgment (Doc. Nos. 48, 58) are GRANTED and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 12th day of July, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE